# Exhibit A

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
| | |



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|
|  | |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
| Photo from Lockwood Mansion in Norwalk: | |



Resident Evil 4 door and frame is a copy of
W061 manipulated to fit game scenery

# EXHIBIT "A"



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Care 1 |
|---|---|
| | |



## EXHIBIT "A"



| Surfaces Original | Used by Capcom – Devil May Care 1 |

Section B141 was cropped, scaled and used as wall in back of arch with additional painting. Note the same coursing and discoloration of brick between B141 and wall.

Devil May Care 1

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Care |
|---|---|



# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|

## EXHIBIT "A"



| Surfaces Original | Used by Capcom – Resident Evil |

**EXHIBIT "A"**



**EXHIBIT "A"**



**EXHIBIT "A"**



**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|

**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil 4 |

**EXHIBIT "A"**

SURFACES IMAGE SUPERIMPOSED OVER CAPCOM
TEXTURE AT 50% TRANSPARENCY



SURFACES IMAGE SUPERIMPOSED OVER CAPCOM
TEXTURE AT 50% TRANSPARENCY



**EXHIBIT "A"**

CAPCOM TEXTURE 1 AS IT APPEARS FROM DIFFERENT PERSPECTIVES IN RESIDENT EVIL 4



## EXHIBIT "A"



**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil 4 |

MA046

MA046 as manipulated in RE4

# EXHIBIT "A"



**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil 4 |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



**Resident Evil 4**

**MA062**

note direct repeats of block coursing,
marble veining and marble tonality.

mouldings are
direct repeats

crop
line

**MA062**

# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Resident Evil 4 |

EXHIBIT "A"



note duplication of marble veining,
particularily in the brecciated marble tiles

MA064

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 | |
|---|---|---|
|  | **Resident Evil 4**<br> | |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil HD |
|---|---|
|  |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|



# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Devil May Care 1 |

## EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



Resident Evil 4

MA079

Enlargement of goat motif on Castle Gate Key

Castle Gate Key
A key designed with a goat motif.
This key opens the main gate into the castle.

Rough beginning to construction of Castle Gate Key goat from MA079.

note repetition of proportions and details between castle gate key goat and image MA079

MA079

area of detail

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  MA079 | **RE Remake**  |

**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil 4 |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  | <br><br>**RE4 as built from MA092**<br><br> |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|
|  |  |

EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|
|  |  |

**EXHIBIT "A"**



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|
|  |  |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  |  |

# EXHIBIT "A"



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Cry 1 |
|---|---|
|  |  |

## EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry 4 |
|---|---|



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Book |
|---|---|



**Ram motif was built from cropping and manipulating MA122**

area of crop

MA122

MA112

writing of the NEXT WORLD

Resident Evil book

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  | |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – DMC2 |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|
|  |  |

**ME075 used in construction of REUC library baseboard**

EXHIBIT "A"



**EXHIBIT "A"**



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Outbreak File |
|---|---|



EXHIBIT "A"



# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Devil May Cry HD |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|



EXHIBIT "A"



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|



## EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Book |
|---|---|
|  | |

Ram motif was built from cropping and manipulating MA122

MA122

ME064

area of crop

Face motif was cropped and manipulated from ME004

area of crop

ME004

note that door knocker was removed from face to build face element in book.

writing of the
NEXT WORLD

Resident Evil book

section from RE book

flipped

section built from ME064. (face is from RE book as based on ME004)

Scroll motif was built by cropping from ME064, and manipulating cropped section.

area of crop

ME004

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|



**EXHIBIT "A"**



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|



RE4 ornament

ME018

# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Resident Evil UC |

EXHIBIT "A"

| Surfaces Original | Used by Capcom – DMC1 & DMC2 & RE Remake |
|---|---|
|  |  |

# EXHIBIT "A"



**EXHIBIT "A"**



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry |
|---|---|
|  |  |

# EXHIBIT "A"



ME004

Another game view of ME062 as used in door from Devil May Cry 1

ME062

# EXHIBIT "A"



| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



note repetition of interior shapes and details.

ME062

crop line

ME062

ME062 cropped and roughly manipulated for beginning construction of Resident Evil 4 crank box.

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  |  |

EXHIBIT "A"

| Surfaces Original | Used by Capcom –DMC 1 |
|---|---|



**ME064 as manipulated for element in**

**DMC1**

**areas of crop**

**ME064**

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – DMC |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  |  |

**EXHIBIT "A"**



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil HD |
|---|---|
| |  |

ME066 was cropped and manipulated to form the basis of Resident Evil HD lock

crop line

Resident Evil lock

ME066

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC1 and RE Remake |
|---|---|
|  |  |

EXHIBIT "A"



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|



# EXHIBIT "A"



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC HD |
|---|---|
|  |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|
| |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  | SURFACES TEXTURE SUPERIMPOSED OVER CAPCOM TEXTURE AT 50% TRANSPARENCY<br><br>CAPCOM TEXTURE FROM RESIDENT EVIL 4<br><br>  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|
|  |  |

Resident Evil
Umbrella Chronicles

**Beginning of construction
of lab door from ME124**

ME124 was cropped, stretched,
and manipulated with other
Photoshop tools. Note
multiple instances of
distorted, but duplicate
shapes of rust spots, textures,
hinges, etc. Port hole was
cloned out.

Resident Evil UC
lab door

crop line

ME142

**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – Resident Evil UC |

**EXHIBIT "A"**



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  | **P150**<br><br>scenery was constructed by taking areas from P150 and combining as per color oultines. Window was cloned out with surrounding texture<br><br><br>Scenery in RE Remake |

**EXHIBIT "A"**



Partial usage (made seamless

Full usage

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  | RE Remake scenery<br><br>P158 used as wall in RE Remake.<br>Cropped area from P158 (in green)<br>was corrected with the perspective tool.<br><br>**P158**<br> <br>area of crop |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC & RE |
|---|---|



P163

CAPCOM TEXTURE FROM RESIDENT EVIL



SURFACES TEXTURE FLIPPED HORIZONTALLY AND SUPERIMPOSED OVER CAPCOM TEXTURE AT 50% TRANSPARENCY



CAPCOM TEXTURE FROM DEVIL MAY CRY and DEVIL MAY CRY HD COLLECTION



SURFACES TEXTURE FLIPPED 180 AND SUPERIMPOSED OVER CAPCOM TEXTURE AT 50% TRANSPARENCY



THE TEXTURE AS IT APPEARS IN DEVIL MAY CRY FROM ONE OF SEVERAL ANGLES VISIBLE TO THE VIEWER





P163

# EXHIBIT "A"

**RESIDENT EVIL MOVING WALL CONSTRUCTION**

 

note duplication of bottom of Resident Evil wall, and **P163.** (P163 is flipped horizontally)

SURFACES TEXTURE FLIPPED HORIZONTALLY AND SUPERIMPOSED OVER CAPCOM TEXTURE AT 50% TRANSPARENCY

 **P163**  area of detail



THE TEXTURE AS IT APPEARS IN RESIDENT EVIL AS PART OF AN INTERACTIVE PUZZLE WHERE THE WALL MOVES SIDE TO SIDE, COMPRISING 3/4 OF THE SCREEN DEPENDING ON WHERE THE MODEL IS POSITIONED.

 

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



P167



Resident Evil remake

**P167** cropped and manipulated as in early construction of wall.

area of crop



P167

**EXHIBIT "A"**



| Surfaces Original | Used by Capcom – DMC1 |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC |
|---|---|
|  |  |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Devil May Cry 1 |
|---|---|
|  |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC1 | |
|---|---|---|



S148

### DMC1



S148

## EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMC3 |
|---|---|



EXHIBIT "A"



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|





**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil |
|---|---|
|  | |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|



Detail from REUC    using W044

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  |  |

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – DMCHD |
|---|---|



## EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil HD |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|
|  |  |

**EXHIBIT "A"**



Resident Evil 4 door and frame is a copy of
W061 manipulated to fit game scenery

W061

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil OB, Remake, Umbrella Corps |
|---|---|
|  |  |

EXHIBIT "A"



area of crop

Resident Evil library chairback
built from W062

W062

**EXHIBIT "A"**



**EXHIBIT "A"**



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – DMC1; DMCHD; OB1 and OB1a |
|---|---|
|  | <br> |

# EXHIBIT "A"



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil 4 |
|---|---|
|  | |

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake X-Box |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake, OB, HD, UC |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake, OB, HD, UC |
|---|---|



**EXHIBIT "A"**



W071



Moulding was constructed from section of W071 outlined in green, flipped, and repeated

W071

Scene from RE Outbreak

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake, OB, HD, UC |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil HD |
|---|---|



**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil Remake |
|---|---|



EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|



# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil 4, Remake, HD |
|---|---|



# EXHIBIT "A"



W091

area of crop

Scene from RE 4

# EXHIBIT "A"



Scene from RE & REHD

W091

# EXHIBIT "A"



ME067

Resident Evil library detail
from another angle

Resident Evil library balcony
guard rail as adapted from ME067

W091

Surfaces image superimposed over Capcom texture at 50% transparency

Capcom texture

Resident Evil library
and RE Umbrella Corps

**EXHIBIT "A"**

| Surfaces Original | Used by Capcom – Resident Evil UC |
|---|---|



## EXHIBIT "A"



REUC element constructed from W148 in game scene

# EXHIBIT "A"

| Surfaces Original | Used by Capcom – Resident Evil Remake, 4 |
|---|---|

