UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUDY A. JURACEK,<br><br>    Plaintiff,<br><br>v.<br><br>CAPCOM CO., LTD. and CAPCOM USA, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 3:21-cv-00775-MPS<br><br><br><br><br>AUGUST 17, 2021 |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Capcom U.S.A., Inc. makes the following disclosures:

Capcom U.S.A., Inc. is a wholly-owned subsidiary of Capcom Co. Ltd., a publicly held Japanese corporation. No publicly held corporation owns 10% or more of its stock.

**DEFENDANT,**
**CAPCOM USA, INC.**

By:   */s/ Timothy A. Diemand*
Timothy A. Diemand (CT18075)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103-3402
T: 860.297.3700
F: 860.297.3799
tdiemand@wiggin.com

Jennifer L. Kelly (PHV to be filed)
Ryan Tyz (PHV to be filed)
Erin Jones (PHV to be filed)
Sean K. Apple (PHV to be filed)
**TYZ LAW GROUP PC**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com
ryan@tyzlaw.com
ejones@tyzlaw.com
sapple@tyzlaw.com