UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Judy A. Juracek,<br><br>      Plaintiff,<br><br>  v.<br><br>Capcom CO., LTD. and Capcom USA, Inc.,<br><br>      Defendants. | Civil Action No. 3:21-cv-00775-MPS<br><br>September 20, 2021 |

**DEFENDANTS CAPCOM CO. LTD. AND CAPCOM USA, INC.'S
MOTION TO DISMISS**

Defendants Capcom Co. Ltd. ("Capcom Japan") and Capcom USA, Inc. ("Capcom USA") move this Court for an order dismissing Plaintiff's claims alleged in the Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted because (1) Plaintiff lacks plausible allegations of wrongful copying, (2) Plaintiff improperly claims damages prior to June 4, 2018 and multiple statutory damages for a single work, (3) Plaintiff lacks plausible allegations of false CMI or removal of CMI, and (4) Plaintiff's Complaint is vague and incomprehensible because she fails to distinguish between Capcom Japan and Capcom USA. Defendants also move for an order dismissing Plaintiff's claims under Fed. R. Civ. P. 12(b)(2) because Plaintiff's failure to provide individual and separate allegations about Capcom Japan and Capcom USA renders the Complaint's jurisdictional foundation legally insufficient. This Motion is based on the concurrently filed Supporting Memorandum, the Declaration of Sean Apple and attached exhibits, the Court's files in this action, arguments of counsel, and any other matter that the Court may properly consider.

Defendants respectfully request that the Court grant their Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and (b)(6), and issue an order dismissing Plaintiff's Complaint

Oral Argument Requested

with prejudice for failing to state a claim upon which relief may be granted and for lack of personal jurisdiction.

**Defendants,**
**Capcom Co. Ltd. and Capcom USA, Inc.**

By: _____/s/ Sean Kelly_____

Timothy A. Diemand (CT18075)
WIGGIN AND DANA LLP
20 Church Street
Hartford, CT 06103-3402
T: 860.297.3700
F: 860.297.3799
tdiemand@wiggin.com

Jennifer L. Kelly (phv20225)
Ryan Tyz (phv20221)
Erin Jones (phv20222)
Sean K. Apple (phv20211)
**TYZ LAW GROUP PC**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com
ryan@tyzlaw.com
ejones@tyzlaw.com
sapple@tyzlaw.com