UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Judy A. Juracek,<br><br>        Plaintiff,<br><br>v.<br><br>Capcom CO., LTD. and Capcom USA, Inc.,<br><br>        Defendants. | Civil Action No. 3:21-cv-00775-MPS<br><br>September 20, 2021 |

### **DECLARATION OF SEAN K. APPLE IN SUPPORT OF MOTION TO DISMISS**

1.      I am an attorney at the law firm Tyz Law Group PC, attorneys for Defendants Capcom Co. Ltd. and Capcom USA, Inc. in this action. I have been admitted to this Court *pro hac vice* to appear in this action on Defendants' behalf. I have personal knowledge of matters set forth in this declaration and, if called to testify as a witness, would be competent to testify as follows.

### *Surfaces* Exhibits

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from *Surfaces: visual research for artists, architects, and designers* ("*Surfaces*") by Plaintiff Judy Juracek. The excerpts include the cover and frontmatter, table of contents, all pages that contain an image referenced in the Complaint, and the entirety of the following sections: "Introduction," "Research and the Artist," "Photo Sources," "Acknowledgments," and "About the CD-ROM." I have added consecutive page numbering at the bottom of Exhibit 1, which is used for pin citations in the Motion to Dismiss. As explained below, the *Surfaces* book is accompanied by a CD-ROM. If it would aid the Court, Defendants can provide the full *Surfaces* book and accompanying CD-ROM upon request.

3.      Attached as **Exhibit 2** is a true and correct copy of the front image of the CD-ROM

included with *Surfaces* and the contents of a file on the CD-ROM titled "readme.rtf." Although not included in Exhibit 2, the CD-ROM contains digital versions of images from *Surfaces*.

### United States Copyright Office Public Catalog Exhibits

4. Attached as **Exhibit 3** is a true and correct copy of the full record for U.S. Copyright Registration No. TX0004442862 from the United States Copyright Office Public Catalog at https://cocatalog.loc.gov/ as of September 13, 2021.

5. Attached as **Exhibit 4** is a true and correct copy of the full record for U.S. Copyright Registration No. PA0000923323 from the United States Copyright Office Public Catalog at https://cocatalog.loc.gov/ as of September 13, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of the full record for U.S. Copyright Registration No. PA0001093976 from the United States Copyright Office Public Catalog at https://cocatalog.loc.gov/ as of September 13, 2021.

### YouTube Exhibits

7. In Exhibit A to the Complaint (Dkt. No. 1-1), Plaintiff provides comparisons between photographs she alleges are from *Surfaces* and annotated copies of what she alleges are screenshots from Capcom games. Some of the alleged screenshots contain text indicating they are from YouTube and contain the titles of YouTube videos. *See, e.g.*, Dkt. No. 1-1 at 8, 70, 81, and 101. The screenshots in Exhibits 6–9 were obtained by searching YouTube for the titles of the videos included by Plaintiff in Exhibit A, navigating to the portion of the video indicated in Plaintiff's screenshots, and capturing a screenshot of the YouTube video.

8. Attached as **Exhibit 6** is a true and correct screenshot from a video titled "Devil May Cry HD - Gameplay Walkthrough Part 2 - Nelo Angelo Boss Fight (Remaster) PS4/XB1/PC" located at https://www.youtube.com/watch?v=I8-GQ-k9sbM, taken on July 16, 2021. This

screenshot appears to be from the YouTube video used by Plaintiff on page 8 of Dkt. No. 1-1 based on the matching title and image.

9. Attached as **Exhibit 7** is a true and correct screenshot from a video titled "Devil May Cry HD - Gameplay Walkthrough Part 1 - Prologue (Remaster) PS4/XB1/PC" located at https://www.youtube.com/watch?v=RRo0YaE78hs, taken on July 16, 2021. This screenshot appears to be from the YouTube video used by Plaintiff on page 70 of Dkt. No. 1-1 based on the matching title and image.

10. Attached as **Exhibit 8** is a true and correct screenshot from a video titled "Devil May Cry HD - Gameplay Walkthrough Part 2 - Nelo Angelo Boss Fight (Remaster) PS4/XB1/PC" located at https://www.youtube.com/watch?v=I8-GQ-k9sbM, taken on July 16, 2021. This screenshot appears to be from the YouTube video used by Plaintiff on page 81 of Dkt. No. 1-1 based on the matching title and image.

11. Attached as **Exhibit 9** is a true and correct screenshot from a video titled "Devil May Cry 3 HD (PS4 Pro 1080p 60fps) Longplay Walkthrough FULL Gameplay" located at https://www.youtube.com/watch?v=IIHS4jiw3p8, taken on July 16, 2021. This screenshot appears to be from the YouTube video used by Plaintiff on page 101 of Dkt. No. 1-1 based on the matching title and image.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 14, 2021.

_Sean K. Apple_ (signature)
Sean K. Apple