# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Judy A. Juracek,

|   |   |
|---|---|
| : | |
| : | **No. 3:21.cv-00775** |
| **Plaintiff** : | |
| v. : | |
| : | |
| Capcom CO. Ltd, and : | |
| Capcom USA, Inc. : | |
| **Defendants** : | |

## Joint Status Report

Pursuant to the Court's order (Dkt. 39) Plaintiff, Judy A. Juracek, and Defendants Capcom

CO. Ltd and Capcom USA, Inc. submit this joint status report addressing the six (6) items

identified.

**(1) a detailed description of the discovery conducted up to the date of the report, and any significant discovery yet to be completed;**

Both parties have served document requests and Capcom has served some interrogatories. The parties have also discussed some proposed changes to the standard protective order in this case and the parties have engaged in some limited exchange of information that the parties have identified as productive towards reaching an early settlement.

However, the parties recognize that proceeding with all discovery will amount to significant time and expense for both parties and believe that engaging in the full scope of discovery in the early stages has the possibility to push the parties further apart and make early settlement less likely. Therefore, both parties have to date agreed to extend discovery response deadlines in favor of working on settlement which has been productive and is described below.

Plaintiff has provided Defendants with an opening offer in the form of a complete written agreement including monetary and non-monetary terms.

Defendant responded with a monetary counter offer and provided a draft settlement agreement detailing the monetary and non-monetary terms of its counter offer.

Plaintiff has agreed to provide another counter offer upon review of that draft.

Therefore, in response to the court's inquiry (Dkt. 40), the parties will be able to make a determination if they will seek mediation after Plaintiff's counter offer or if they will continue to try to settle this matter on their own.

**(2) the remaining deadlines set in the case, and whether the parties expect to seek any extensions of those deadlines;**

Other than the damages analysis deadline of November 18, 2021, all remaining deadlines remain in effect. The parties do not currently seek extensions of these deadlines, but if they are unable to settle the case in the early stages, some extensions may be warranted. However, since the parties have agreed to pause discovery despite service of a number of requests, the parties do seek relief from the obligation to file a motion to compel within 60 days of service of the request as referenced on Page 3 of the Order (Dkt. 39). The parties propose that bolded part in the scheduling order copied below be revised as shown.

> **"…within 30 days after the response was due under the Rules of Civil Procedure, subject to any extensions agreed by the parties, ~~that is, within 60 days of the service of the request.~~"**

Good cause exists because the parties' agreements to extend discovery response deadlines in favor of working on settlement mean that this default deadline will pass long before the parties serve discovery responses, and long before any motion to compel could become ripe. Accordingly, the parties seek modification of the deadline.

**(3) any amendments to pleadings or additional parties contemplated;**

None at this time.

**(4) whether the parties expect to file any dispositive motions;**

Both parties reserve the right to file summary judgment motions when those are due, but no other dispositive motions are anticipated at this time.

**(5) whether the parties consent to the jurisdiction of a Magistrate Judge for all purposes, including trial; and**

Both parties do not consent at this time.

**(6) a representation that counsel have conferred with each other and their clients on the question of whether to seek referral for a settlement conference.**

Counsel have so conferred.  More detail is provided in Section (1) herein.

December 17, 2021                    Respectfully submitted,

_____
Gene S. Winter
Jonathan A. Winter
ST.ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905
Tel. (203) 324-6155
Facsimile (203) 327-1096
Email: jwinter@ssjr.com; gwinter@ssjr.com;
litigation@ssjr.com

ATTORNEYS FOR PLAINTIFF

_____
Jennifer L. Kelly
Ryan Tyz
Erin Jones
Sean K. Apple
TYZ LAW GROUP PC 4
Embarcadero Center
14th Floor San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com;
ryan@tyzlaw.com;
ejones@tyzlaw.com;
sapple@tyzlaw.com

ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true copy of the foregoing Joint Status Report is being served by electronic mail on Defendants and via ECF as follows:

Jennifer L. Kelly
Ryan Tyz
Erin Jones
Sean K. Apple
TYZ LAW GROUP PC 4
Embarcadero Center
14th Floor San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com;
ryan@tyzlaw.com;
ejones@tyzlaw.com;
sapple@tyzlaw.com

Timothy Diemand
Wiggin & Dana-Htfd
20 Church St.
Hartford, CT 06103
860-297-3738
860-525-9380 (fax)
tdiemand@wiggin.com

December 17, 2021 _____