## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUDY A. JURACEK, | Case No: 3:21-cv-00775 |
| Plaintiff, | |
| -against- | **STIPULATED DISMISSAL WITH PREJUDICE** |
| CAPCOM CO. LTD and CAPCOM USA, INC, | February 7, 2022 |
| Defendant. | |

Plaintiff Judy A. Juracek ("Juracek") and Defendants Capcom CO. LTD and Capcom USA Inc. (collectively the "Parties") by and through their undersigned counsel hereby stipulate that this action and all claims pending as between the Parties are dismissed with prejudice with the parties to bear their own costs and fees.

Dated:
February 7, 2022

/Jonathan Winter/ _
Jonathan A. Winter
St. Onge Steward Johnston and Reens LLC
986 Bedford St
Stamford CT 06905
(203)3246155
jwinter@ssjr.com; litigation@ssjr.com

*Attorney for Plaintiff Judy A. Juracek*

Dated:
February 7, 2022

/Ryan Tyz/ _
Jennifer L. Kelly
Ryan Tyz
Erin Jones
Sean K. Apple
TYZ LAW GROUP PC
4 Embarcadero Center
14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900
jennifer@tyzlaw.com;
ryan@tyzlaw.com;
ejones@tyzlaw.com;
sapple@tyzlaw.com

Timothy Diemand
Wiggin & Dana-Htfd
20 Church St.
Hartford, CT 06103
860-297-3738
860-525-9380 (fax)
tdiemand@wiggin.com

*Attorneys for Defendants*
*Capcom Co. Ltd. and Capcom USA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true copy of the foregoing STIPULATED DISMISSAL WITH PREJUDICE is being served by ECF and electronic mail on counsel for Defendants as follows:

> Jennifer L. Kelly
> Ryan Tyz
> Erin Jones
> Sean K. Apple
> TYZ LAW GROUP PC 4
> Embarcadero Center
> 14th Floor San Francisco, CA 94111
> Telephone: 415.868.6900
> jennifer@tyzlaw.com;
> ryan@tyzlaw.com;
> ejones@tyzlaw.com;
> sapple@tyzlaw.com
>
>
> Timothy Diemand
> Wiggin & Dana-Htfd
> 20 Church St.
> Hartford, CT 06103
> 860-297-3738
> 860-525-9380 (fax)
> tdiemand@wiggin.com

February 7, 2022                                          _/s/Jonathan Winter_____